UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. v. James Rayvon Ham**                        **Docket No. 5:04-CR-363-1F**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Rayvon Ham, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on May 18, 2006, to the custody of the Bureau of Prisons for a term of 195 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On December 17, 2012, pursuant to the granting of the defendant's motion under 28 U.S.C. § 2255, Ham was resentenced to time served and his term of supervised release was reduced to 3 years.

James Rayvon Ham was released from custody on December 18, 2012, at which time the term of supervised release commenced.

On June 1, 2015, a Violation Report was submitted to the court advising that a urine specimen collected from the defendant on March 4, 2015, was determined by the national laboratory to be positive for marijuana. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on August 25, 2015, was determined by the national laboratory to be positive for marijuana. On September 15, 2015, Ham signed a statement admitting that he used marijuana on or about August 18, 2015. As a sanction for the violation, we are recommending that the defendant be required to serve two days incarceration in the Bureau of Prisons. Ham signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Lakesha H. Wright |
| Dwayne K. Benfield | Lakesha H. Wright |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2348 |
| | Executed On: September 18, 2015 |

James Rayvon Ham
Docket No. 5:04-CR-363-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 22 day of September, 2015 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge